**In re George P. JOHNSON, Petitioner.**

No. 11–3055.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
Aug. 25, 2011.

Opinion filed: July 23, 2012.

George P. Johnson, Smyrna, DE, pro se.

Paul R. Wallace, Esq., Danielle J. Brennan, Esq., Office of Attorney General, Wilmington, DE, for State of Delaware.

Before: McKEE, Chief Judge,
ALDISERT and WEIS, Circuit Judges.

## OPINION

**PER CURIAM.**

George P. Johnson filed a petition for writ of mandamus requesting that we direct the District Court to rule on a petition that he had filed pursuant to 28 U.S.C. § 2254. The District Court has since ruled on Johnson's § 2254 petition. In light of the District Court's action, the question Johnson presented is no longer a live controversy, so we will deny his mandamus petition as moot. *See, e.g., Lusardi v. Xerox Corp.*, 975 F.2d 964, 974 (3d Cir. 1992).